JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone:  (415) 315-1669
Facsimile:   (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Plaintiff LUIDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUIDIA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CLASSROOM TECHNOLOGY SOLUTIONS, INC., a Florida corporation, and HANSHIN INTERNATIONAL LIMITED, a foreign corporation,<br><br>    Defendants. | Case No.:      3:14-CV-03359-JCS<br><br>**STIPULATION RE CLASSROOM TECHNOLOGY SOLUTIONS, INC.'S RESPONSE TO COMPLAINT** |

WHEREAS, Plaintiff Luidia, Inc. filed its Complaint in this matter on July 24, 2014;

WHEREAS, Luidia has filed an Certificate of Service indicating that Defendant Classroom Technology Solutions, Inc.'s ("CTS") was served by mail on August 11, 2014;

WHEREAS, Luidia has agreed that CTS may have an extension of time to respond to the

STIPULATION RE RESPONSE TO COMPLAINT:                    3:14-CV-03359-JCS

1   Complaint such that CTS's response to the Complaint is due to be filed on or before October 3,

2   2014; and

3          WHEREAS, pursuant to Civil Local Rule 6-1(a), this stipulation "will not alter the date of

4   any event or any deadline already fixed by Court order";

5          IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for

6   Luidia and CTS as follows:  CTS's time within which to answer or otherwise respond to the

7   Complaint is extended until October 3, 2014.

8

9   Dated: September 17, 2014                    SKAGGS FAUCETTE LLP

10

11                                              By:  _____/s/_____

12                                                        Jeffrey E. Faucette
                                                Attorneys for Plaintiff LUIDIA, INC.

13

14  Dated: September 17, 2014                    WOOD, ATTER & WOLF, P.A.

15

16   Dated: 9/19/14                             By:  _____/s/_____

17                                                        Helen S. Atter
                                                Attorneys for Defendant CLASSROOM

18                                              TECHNOLOGY SOLUTIONS, INC.

19

20                                         **Filer's Attestation**

21

22          I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used

23  to file this STIPULATION RE RESPONSE TO COMPLAINT.  Pursuant to Civil Local Rule 5-

24  1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been

25  obtained from Defendant CTS's counsel.

26

                                                By:  _____/s/_____
27                                                        Jeffrey E. Faucette

28

STIPULATION RE RESPONSE TO COMPLAINT:                              3:14-CV-03359-JCS